1  MONICA R. MOLINA, ESQ. (SBN 217385)
   LAW OFFICES OF MONICA R. MOLINA
2  30700 Russell Ranch Road, Suite 250
   Westlake Village, California
3  Tel:   (747) 220-6655
   Fax:   (747) 220-6601
4  E-mail: MRMolina@sbcglobal.net

5  Attorneys for Defendant, ESPERANZA MOLINA

8  **UNITED STATES DISTRICT COURT,**

9  **CENTRAL CALIFORNIA**

| | |
|---|---|
| Chris Langer,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Esperanza Molina, in individual and representative capacity as trustee of the Esperanza Molina Revocable Trust-1995 executed September 16, 1995; Urbano Fernandez; Araceli Zuniga Hernandez; and Does 1-10,<br><br>　　　　Defendants. | Case No. 2:20-cv-04988-JFW-AS<br><br>**[PROPOSED] ORDER ON MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**<br><br>Date:　November 30, 2020<br>Time:　1:30 p.m.<br>Place:　Courtroom of the<br>　　　　Hon. John F. Walter<br><br>Complaint filed: June 5, 2020 |

　　The parties came before this Court for Defendant Esperanza Molina's Motion to Dismiss for Lack of Jurisdiction on November 30, 2020, before the Honorable John F. Walter in Courtroom 7A of the United States Courthouse.

　　The Court, having reviewed the moving papers, opposition papers, reply papers, and filings thereafter including status and supplemental briefing, ORDERS as follows:

　　IT IS ORDERED that this case be dismissed for lack of jurisdiction as

**[PROPOSED] ORDER ON MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**

against Esperanza Molina.

    IT IS FURTHER ORDERED that this Court will decline to exercise supplemental jurisdiction.

    IT IS FURTHER ORDERED that Plaintiff and/or Plaintiff' counsel, Potter Handy, LLP, be sanctioned for not complying with the local rules, and acting in bad faith against what this Court requires.

DATED:

_____
Honorable John F. Walter
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through CM/ECF and that the filing was served by CM/ECF on all counsel of record.

By: /s/Monica R. Molina
Monica R. Molina
