Case 2:20-cv-04988-JFW-AS Document 40-3 Filed 10/27/20 Page 1 of 2 Page ID #:256

9/6/2020 AT&T Yahoo Mail - Langer v. Esperanza Molina, et al. (Case No. 2:20-cv-04988-JFW-AS)

## Langer v. Esperanza Molina, et al. (Case No. 2:20-cv-04988-JFW-AS)

From: Monica Molina (mrmolina@sbcglobal.net)

To: amandas@potterhandy.com

Bcc: gene@molinafinancial.com

Date: Tuesday, July 7, 2020, 02:51 PM PDT

Please find enclosed a letter of today's date. Hard copy to follow by U.S. Mail.

Regards,

Monica R. Molina
LAW OFFICES OF MONICA R. MOLINA
30700 Russell Ranch Road, Suite 250
Westlake Village, CA 91362
T (747) 220-6655
F (747) 220-6601

This transmission is intended to be delivered only to the named addressee(s) and may contain information which is confidential, proprietary, attorney work-product or attorney-client privileged. If this transmission is received by anyone other than the intended recipient(s), the recipient(s) should immediately notify the sender by reply and then delete the transmission. In no event shall this transmission be read, used, copied, reproduced, stored or retained by anyone other than the intended recipient(s) except with their express written consent.


Letter 101.pdf
118.9kB

# LAW OFFICES OF MONICA R. MOLINA

30700 Russell Ranch Road, Suite 250, Westlake Village, California 91362
Monica R. Molina   **MRMolina@sbcglobal.net**
Telephone: 747-220-6655   Facsimile: 747-220-6601

July 7, 2020

CENTER FOR DISABILITY ACCESS
Russell Handy
Amanda Seabock
8033 Linda Vista Road, Suite 200
San Diego, CA 92111

*Re: 2:20-cv-04988-JFW (ASx) CHRIS LANGER v. ESPERANZA MOLINA, et al.*

Dear Mr. Handy and Ms. Seabock,

I left a very detailed message with your receptionist this morning regarding the above-referenced case.

In my message, I indicated that I represent Defendant Esperanza Molina. I requested a thirty (30) day extension for the responsive pleading.

After leaving my information along with my direct/mobile number, I was told by the receptionist that someone would be getting back to me promptly. I have not had the courtesy of a call back. Please let me know as soon as possible if we have an agreement regarding the extension so I know how to proceed.

Should you have any questions and/or concerns, please feel free to contact me.

Regards,

LAW OFFICES OF MONICA R. MOLINA

_____
Monica R. Molina

MRM/st