Case 2:20-cv-04988-JFW-AS   Document 40-5   Filed 10/27/20   Page 1 of 4   Page ID #:260

9/6/2020  AT&T Yahoo Mail - Re: Langer v. Esperanza Molina, et al. (Case No. 2:20-cv-04988-JFW-AS)

## Re: Langer v. Esperanza Molina, et al. (Case No. 2:20-cv-04988-JFW-AS)

From: Monica Molina (mrmolina@sbcglobal.net)

To: amandas@potterhandy.com

Date: Thursday, July 9, 2020, 12:44 PM PDT

Find enclosed the proposed stipulation for your signature and subsequent filing.

Regards,

Monica R. Molina
LAW OFFICES OF MONICA R. MOLINA
30700 Russell Ranch Road, Suite 250
Westlake Village, CA 91362
T (747) 220-6655
F (747) 220-6601

This transmission is intended to be delivered only to the named addressee(s) and may contain information which is confidential, proprietary, attorney work-product or attorney-client privileged. If this transmission is received by anyone other than the intended recipient(s), the recipient(s) should immediately notify the sender by reply and then delete the transmission. In no event shall this transmission be read, used, copied, reproduced, stored or retained by anyone other than the intended recipient(s) except with their express written consent.

On Wednesday, July 8, 2020, 02:50:17 PM PDT, Amanda Seabock <amandas@potterhandy.com> wrote:

Please forward a stip for the extension at your convenience.

Amanda



Amanda Seabock, Esq.
AmandaS@PotterHandy.com

Potter Handy, LLP
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
858-375-7385 | 888-422-5191 (fax)

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Monica Molina <mrmolina@sbcglobal.net>
**Sent:** Tuesday, July 7, 2020 2:51 PM
**To:** Amanda Seabock <amandas@potterhandy.com>
**Subject:** Langer v. Esperanza Molina, et al. (Case No. 2:20-cv-04988-JFW-AS)

Please find enclosed a letter of today's date. Hard copy to follow by U.S. Mail.

Regards,

Monica R. Molina

LAW OFFICES OF MONICA R. MOLINA

30700 Russell Ranch Road, Suite 250

Westlake Village, CA 91362

T (747) 220-6655

F (747) 220-6601

This transmission is intended to be delivered only to the named addressee(s) and may contain information which is confidential, proprietary, attorney work-product or attorney-client privileged. If this transmission is received by anyone other than the intended recipient(s), the recipient(s) should immediately notify the sender by reply and then delete the transmission. In no event shall this transmission be read, used, copied, reproduced, stored or retained by anyone other than the intended recipient(s) except with their express written consent.

 Stipulation to Extend Time.pdf
75.1kB

MONICA R. MOLINA, ESQ. (SBN 217385)
LAW OFFICES OF MONICA R. MOLINA
30700 Russell Ranch Road, Suite 250
Westlake Village, California
Tel:   (747) 220-6655
Fax:   (747) 220-6601
E-mail:  MRMolina@sbcglobal.net

Attorneys for Defendant,
ESPERANZA MOLINA

# UNITED STATES DISTRICT COURT,

## CENTRAL CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Esperanza Molina, in individual and representative capacity as trustee of The Esperanza Molina Revocable Trust; Urbano Fernandez: Araceli Zuniga Hernandez; and Does 1-10,<br><br>　　　　Defendants. | Case No.:  2:19-cv-04988-JFW-AS<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 30 DAYS [L.R. 8-3]<br><br>Courtroom of the  Hon. John F. Walter<br><br>Complaint Served June 15, 2020 Current Response Date: July 6, 2020 New Response Date: August 6, 2020 |

Pursuant to USDC Central District of California local rule 8.3, plaintiff Chris Langer and defendant Esperanza Molina, by and through their respective counsel, hereby stipulate to extend the time for Esperanza Molina to respond to the initial Complaint herein up to an including August 6, 2020.

DATED: July 9, 2020　　　　　　　　　　LAW OFFICES OF MONICA R. MOLINA
　　　　　　　　　　　　　　　　　　　　By:/s/ Monica R. Molina
　　　　　　　　　　　　　　　　　　　　Monica R. Molina, Esq., Attorneys for
　　　　　　　　　　　　　　　　　　　　Defendant Esperanza Molina

(continued on next page)
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 30 DAYS [L.R. 8-3]

| | |
|---|---|
| DATED: July 9, 2020 | CENTER FOR DISABILITY ACCESS |
| | By:_____ |
| | Amanda Seabock, Esq., Attorneys for Plaintiff Chris Langer |

- 2 -
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 30 DAYS [L.R. 8-3]