MONICA R. MOLINA, ESQ. (SBN 217385)
LAW OFFICES OF MONICA R. MOLINA
30700 Russell Ranch Road, Suite 250
Westlake Village, California
Tel:   (747) 220-6655
Fax:   (747) 220-6601
E-mail: MRMolina@sbcglobal.net

Attorneys for Defendant,
ESPERANZA MOLINA

# UNITED STATES DISTRICT COURT,
# CENTRAL CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>Plaintiff,<br><br>vs.<br><br>Esperanza Molina, in individual and representative capacity as trustee of The Esperanza Molina Revocable Trust; Urbano Fernandez; Araceli Zuniga Hernandez; and Does 1-10,<br><br>Defendants. | Case No.: 2:20-cv-04988-JFW-AS<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 30 DAYS [L.R. 8-3]<br><br>Courtroom of the Hon. John F. Walter<br><br>Complaint Served June 15, 2020 Current Response Date: July 6, 2020 New Response Date: August 6, 2020 |

Pursuant to USDC Central District of California local rule 8.3, plaintiff Chris Langer and defendant Esperanza Molina, by and through their respective counsel, hereby stipulate to extend the time for Esperanza Molina to respond to the initial Complaint herein up to an including August 6, 2020.

DATED: July 9, 2020           LAW OFFICES OF MONICA R. MOLINA
                              By:/s/ Monica R. Molina
                              Monica R. Molina, Esq., Attorneys for
                              Defendant Esperanza Molina

(continued on next page)
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 30 DAYS [L.R. 8-3]

DATED: July 9, 2020         CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock, Esq., Attorneys for
Plaintiff Chris Langer

---

-2-
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NO MORE THAN 30 DAYS [L.R. 8-3]

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through CM/ECF and that the filing was served by CM/ECF on all counsel of record.

By: /s/Monica R. Molina
Monica R. Molina

- 3 -
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 30 DAYS [L.R. 8-3]