## Chris Langer v. Esperanza Molina, et al. [USDC-Central California-Case No. 2:20-cv-04988-JFW (ASx)]

From: Monica Molina (mrmolina@sbcglobal.net)

To: amandas@potterhandy.com

Date: Thursday, July 30, 2020, 09:54 AM PDT

Please find enclosed a letter of today's date. Hard copy to follow by U.S. Mail.

Regards,

Monica R. Molina
LAW OFFICES OF MONICA R. MOLINA
30700 Russell Ranch Road, Suite 250
Westlake Village, CA 91362
T (747) 220-6655
F (747) 220-6601

This transmission is intended to be delivered only to the named addressee(s) and may contain information which is confidential, proprietary, attorney work-product or attorney-client privileged. If this transmission is received by anyone other than the intended recipient(s), the recipient(s) should immediately notify the sender by reply and then delete the transmission. In no event shall this transmission be read, used, copied, reproduced, stored or retained by anyone other than the intended recipient(s) except with their express written consent.


Letter 102.pdf
154.8kB

# LAW OFFICES OF MONICA R. MOLINA

30700 Russell Ranch Road, Suite 250, Westlake Village, California 91362
Monica R. Molina  MRMolina@sbcglobal.net
Telephone: 747-220-6655  Facsimile: 747-220-6601

July 30, 2020

Amanda Seabock
Potter Handy, LLP
8033 Linda Vista Road, Suite 200
San Diego, CA 92111

        *Re: 2:20-cv-04988-JFW (ASx) CHRIS LANGER v. ESPERANZA MOLINA, et al.*

Dear Ms. Seabock,

    As you know, I represent Esperanza Molina. I would like to meet and confer regarding a FRCP 12(b)(1) and 12(b)(6) motion to dismiss I plan to file on behalf of my client. Please provide your availability for that purpose as Local Rule 7-3 requires us to do so. I am available this afternoon between 3-4 p.m. or tomorrow morning between 10-12 noon and afternoon between 1-4 p.m. If these times do not work for you, please let me know your availability for early next week.

    Should you have any questions and/or concerns, please feel free to contact me.

    Regards,

LAW OFFICES OF MONICA R. MOLINA

*Monica R. Molina*
Monica R. Molina

MRM/st