## M&C scheduling FW: Chris Langer v. Esperanza Molina, et al. [USDC-Central California-Case No. 2:20-cv-04988-JFW (ASx)]

From: Janell Kelly (janellk@potterhandy.com)

To: mrmolina@sbcglobal.net

Cc: amandas@potterhandy.com; rayballister@potterhandy.com; langervstadiumwinebeerminimarketandlamwaybz6733617@projects.filevine.com

Date: Thursday, July 30, 2020, 10:22 AM PDT

Good morning Ms. Molina,

Attorney Ray Ballister is available to telephonically meet and confer with you re your potential Motion on Friday, July 31st, 2020 at 11:00 a.m. Please initiate the call to our offices by dialing **858-375-7385, ext. 761**.

Please confirm, thank you!

Janell

Janell Kelly, Paralegal
JanellK@PotterHandy.com

Potter Handy, LLP
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
858-375-7385 | 888-422-5191 (fax)



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Monica Molina <mrmolina@sbcglobal.net>
**Sent:** Thursday, July 30, 2020 9:54 AM
**To:** Amanda Seabock <amandas@potterhandy.com>
**Subject:** Chris Langer v. Esperanza Molina, et al. [USDC-Central California-Case No. 2:20-cv-04988-JFW (ASx)]

Please find enclosed a letter of today's date. Hard copy to follow by U.S. Mail.

Regards,

Monica R. Molina

LAW OFFICES OF MONICA R. MOLINA

30700 Russell Ranch Road, Suite 250

Westlake Village, CA 91362

T (747) 220-6655

F (747) 220-6601

This transmission is intended to be delivered only to the named addressee(s) and may contain information which is confidential, proprietary, attorney work-product or attorney-client privileged. If this transmission is received by anyone other than the intended recipient(s), the recipient(s) should immediately notify the sender by reply and then delete the transmission. In no event shall this transmission be read, used, copied, reproduced, stored or retained by anyone other than the intended recipient(s) except with their express written consent.


Letter 102.pdf
154.8kB