CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer,**<br><br>    Plaintiff,<br><br>v.<br><br>**Esperanza Molina,** in individual and representative capacity as trustee of The Esperanza Molina Revocable Trust - 1995 executed September 6, 1995; **Urbano Fernandez; Araceli Zuniga Hernandez;** and Does 1-10,<br>    Defendants. | **Case No. 2:20-cv-04988-JFW-AS**<br><br>**Request for Entry of Default (As to Esperanza Molina, in individual and representative capacity as trustee of The Esperanza Molina Revocable Trust - 1995 executed September 6, 1995 only)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff LUIS MARQUEZ ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against the Defendant ESPERANZA MOLINA, in individual and representative capacity as trustee of The Esperanza Molina Revocable Trust - 1995 executed September 6, 1995 ("Defendant") on the ground that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on the Defendant on June 15, 2020. Dkt. 10. The Parties subsequently agreed to extend the answer date to August 6, 2020. Dkt. 12. To date, Defendant has not appeared. *See* Declaration of Amanda Seabock,

1 | filed concurrently.

4 | Dated: August 10, 2020        CENTER FOR DISABILITY ACCESS

6 |                               By: /s/Amanda Seabock
7 |                               Amanda Seabock
                                  Attorneys for Plaintiff

Request                                       Case No. 2:20-cv-04988-JFW-AS

CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
Amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**Esperanza Molina,** in individual and representative capacity as trustee of The Esperanza Molina Revocable Trust - 1995 executed September 6, 1995; **Urbano Fernandez;** **Araceli Zuniga Hernandez;** and Does 1-10,<br><br>　　　　Defendants. | Case No. 2:20-cv-04988-JFW-AS<br><br>**Declaration of Amanda Seabock re Request for Entry of Default (As to Esperanza Molina, in individual and representative capacity as trustee of The Esperanza Molina Revocable Trust - 1995 executed September 6, 1995, only)** |

**1.** I, the undersigned, am an attorney licensed to practice law by the State Bar of California and admitted to the Central District of California. I am one of the attorneys of record for the Plaintiff CHRIS LANGER ("Plaintiff") and, in that capacity, I am familiar with this matter.

**2.** Plaintiff served ESPERANZA MOLINA, in individual and representative capacity as trustee of The Esperanza Molina Revocable Trust - 1995 executed September 6, 1995 ("Defendant") on June 15, 2020. Dkt. 10.

**3.** On July 9, 2020, the Parties agreed and stipulated that Defendant's answer deadline should be extended up to and including August 6, 2020. Dkt. 12.

**4.** To date, this Defendant has not filed an answer with the Court; neither

1

1 | has she requested any further extension to the answer date.

2 | **5.** ESPERANZA MOLINA is neither a minor nor incompetent, nor is she a service member or related to military service and is thus not entitled to relief under the Soldiers and Sailors Relief Act.

**6.** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 9, 2020         CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

2

Declaration of Amanda Seabock         Case No. 2:20-cv-04988-JFW-AS

**<u>PROOF OF SERVICE</u>**
**Langer v. Molina**
CASE #: 2:20-cv-04988-JFW-AS

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 8033 Linda Vista Road, Suite 200 San Diego, CA 92111

On August 10, 2020 I served the following document(s):

- **Request for Entry of Default (As to Esperanza Molina, in individual and representative capacity as trustee of The Esperanza Molina Revocable Trust - 1995 executed September 6, 1995 only)**
- **Declaration of Amanda Seabock**

Addressed to:

| D. Daniel Pranata<br>600 N. Rosemead Blvd, Suite 209<br>Pasadena, CA 91107 | Monica Raquel Molina<br>30700 Russell Ranch Rd, Suite 250<br>Westlake Village, CA 91362 |
|---|---|

☑ <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐ <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐ <u>BY OVERNITE EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐ <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients via Diversified Legal Services.

☑ <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on August 10, 2020, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Andrew Sheaffer

PROOF OF SERVICE