Case 2:20-cv-04988-JFW-AS   Document 40-11   Filed 10/27/20   Page 1 of 1   Page ID #:278

9/6/2020                    AT&T Yahoo Mail - Chris Langer v. Esperanza Molina, et al. (USDC California Central, Case No. 2:20-cv-04988-JFW-AS)

## Chris Langer v. Esperanza Molina, et al. (USDC California Central, Case No. 2:20-cv-04988-JFW-AS)

From:   Monica Molina (mrmolina@sbcglobal.net)

To:     amandas@potterhandy.com; rayballister@potterhandy.com

Date:   Monday, August 10, 2020, 11:05 AM PDT

Dear Ms. Seabock,

I received an electronic notice of a request to enter default against my client in the above-referenced case. This request is simply in bad faith and must be withdrawn immediately. You were copied on the emails following my meet and confer under Local Rule 7-3 with Mr. Ballister on July 31, 2020. He agreed following our meet and confer, as required prior to my client's motion to dismiss, to amend the complaint. He indicated that the amended complaint would be filed on or about August 5,2020, which has not been done. In the interim, you request an entry of default against my client. That is sanctionable.

Please withdraw the request immediately or I will be forced to file a motion to set aside as well as a motion for sanctions, attorney fees and costs.

Regards,

Monica R. Molina
LAW OFFICES OF MONICA R. MOLINA
30700 Russell Ranch Road, Suite 250
Westlake Village, CA 91362
T (747) 220-6655
F (747) 220-6601

This transmission is intended to be delivered only to the named addressee(s) and may contain information which is confidential, proprietary, attorney work-product or attorney-client privileged. If this transmission is received by anyone other than the intended recipient(s), the recipient(s) should immediately notify the sender by reply and then delete the transmission. In no event shall this transmission be read, used, copied, reproduced, stored or retained by anyone other than the intended recipient(s) except with their express written consent.