Case 2:20-cv-04988-JFW-AS   Document 40-12   Filed 10/27/20   Page 1 of 2   Page ID #:279

9/6/2020   AT&T Yahoo Mail - RE: Chris Langer v. Esperanza Molina, et al. (USDC California Central, Case No. 2:20-cv-04988-JFW-AS)

## RE: Chris Langer v. Esperanza Molina, et al. (USDC California Central, Case No. 2:20-cv-04988-JFW-AS)

From: Amanda Seabock (amandas@potterhandy.com)

To: mrmolina@sbcglobal.net; rayballister@potterhandy.com

Cc: chriss@potterhandy.com; langervstadiumwinebeerminimarketandlamwaybz6733617@projects.filevine.com

Date: Monday, August 10, 2020, 08:32 PM PDT

I will look into this immediately and respond substantively asap.

Amanda

**Amanda Seabock, Esq.**
AmandaS@PotterHandy.com

Potter Handy, LLP
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
858-375-7385 | 888-422-5191 (fax)

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Monica Molina <mrmolina@sbcglobal.net>
**Sent:** Monday, August 10, 2020 11:06 AM
**To:** Amanda Seabock <amandas@potterhandy.com>; Ray Ballister <rayballister@potterhandy.com>
**Subject:** Chris Langer v. Esperanza Molina, et al. (USDC California Central, Case No. 2:20-cv-04988-JFW-AS)

Dear Ms. Seabock,

I received an electronic notice of a request to enter default against my client in the above-referenced case. This request is simply in bad faith and must be withdrawn immediately. You were copied on the emails following my meet and confer under Local Rule 7-3 with Mr. Ballister on July 31, 2020. He agreed following our meet and

confer, as required prior to my client's motion to dismiss, to amend the complaint. He indicated that the amended complaint would be filed on or about August 5, 2020, which has not been done. In the interim, you request an entry of default against my client. That is sanctionable.

Please withdraw the request immediately or I will be forced to file a motion to set aside as well as a motion for sanctions, attorney fees and costs.

Regards,

Monica R. Molina
LAW OFFICES OF MONICA R. MOLINA
30700 Russell Ranch Road, Suite 250
Westlake Village, CA 91362
T (747) 220-6655
F (747) 220-6601

This transmission is intended to be delivered only to the named addressee(s) and may contain information which is confidential, proprietary, attorney work-product or attorney-client privileged. If this transmission is received by anyone other than the intended recipient(s), the recipient(s) should immediately notify the sender by reply and then delete the transmission. In no event shall this transmission be read, used, copied, reproduced, stored or retained by anyone other than the intended recipient(s) except with their express written consent.