Re: Chris Langer v. Esperanza Molina, et al. (USDC Central California 2:20-cv-04988-JFW (ASx)

| | |
|---|---|
| From: | Monica Molina (mrmolina@sbcglobal.net) |
| To: | amandas@potterhandy.com |
| Date: | Thursday, September 24, 2020, 3:27 PM PDT |

Ms. Seabock,

This is not me trying to "stymie" anything. On the contrary, you blatantly and wrongfully request a default against my client after having had a meet and confer with me regarding my client's motion to dismiss.

After agreeing to amend the complaint by a certain date, you don't, and in the meantime, you wrongfully request a default against my client. Before the default is entered by the clerk, I made you aware of your wrongful action and yet you still failed to withdraw the default request. If this is not bad faith and "stymieing", I don't know what is.

Thereafter, you finally agreed to set aside the default obtained by your mistake. I sent you an email requesting that you prepare the stipulation as it clearly was your error. You failed to do so in bad faith once again.

Now, you are taking the position that I should prepare the stipulation to fix your mistake. I previously agreed to do so as long as you agreed to sanctions for your mistakes and for me having to do any work to fix your mistakes. You refused that as well, and as a result, we agreed on a meet and confer today at 2:00 p.m. prior to my motion to set aside default and request for sanctions. At 2.00 p.m. today, I was told by your receptionist, Ruby, that no one was available for our meet and confer after she had me wait for more than 10 minutes on the phone. This is not a "mishap." You simply are playing games and refuse to account for your bad faith conduct in this case.

Seeing that you continue to play games and that you are the one stymieing a meet and confer to set aside an undisputed wrongful act by you, I do not wish to further engage in your nonsense and have you waste more time on this. Because of your continued bad faith, my client continues to be prejudiced by your wrongfully entered default against her. Therefore, to fix your bad faith mistake, I will prepare the stipulation and order to set aside the wrongfully entered default.

Nonetheless, I reserve my client's right to seek sanctions and attorney fees for your bad faith action(s) as well as for attorney fees for having to fix your mistake(s). You'll have that stipulation by tomorrow morning.

Regards,

Monica R. Molina
LAW OFFICES OF MONICA R. MOLINA
30700 Russell Ranch Road, Suite 250
Westlake Village, CA 91362
T (747) 220-6655
F (747) 220-6601

This transmission is intended to be delivered only to the named addressee(s) and may contain information which is confidential, proprietary, attorney work-product or attorney-client privileged. If this transmission is received by anyone other than the intended recipient(s), the recipient(s) should immediately notify the sender by reply and then delete the transmission. In no event shall this transmission be read, used, copied, reproduced, stored or retained by anyone other than the intended recipient(s) except with their express written consent.

On Sep 24, 2020, at 2:27 PM, Amanda Seabock <amandas@potterhandy.com> wrote:

Monica,

I've been here the whole time, I just called you and left you a voicemail. This is not bad faith. This is me trying to discuss your motion and you using a phone mishap to stymie a meet and confer.

We need to take the temperature down a bit. We need to work together to solve this dispute, not continue arguing. Would you like to speak?

Amanda

Amanda Seabock, Esq.
AmandaS@PotterHandy.com

<image001.png>

Potter Handy, LLP
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
858-375-7385 | 888-422-5191 (fax)

**The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.**

<image002.gif>  <image003.gif>  <image004.gif>

**From:** Monica Molina <mrmolina@sbcglobal.net>
**Sent:** Thursday, September 24, 2020 2:21 PM
**To:** Amanda Seabock <amandas@potterhandy.com>
**Cc:** Leonardo Pahuriray <leonardop@potterhandy.com>; langervstadiumwinebeerminimarketandlamwaybz6733617@projects.filevine.com
**Subject:** Re: Chris Langer v. Esperanza Molina, et al. (USDC Central California 2:20-cv-04988-JFW (ASx)

Are you going to deny that your receptionist had me airing on hold for more than 10 minutes and provided me with false information? I set aside time for this. Now, it is going to cut into my next appointment. Indeed, this was, once again, another bad faith move.

Monica Molina

> On Sep 24, 2020, at 2:16 PM, Amanda Seabock <amandas@potterhandy.com> wrote:
>
> It's not in bad faith – I've been here the whole time. Hence my email. Can I call you now?
>
> Amanda Seabock, Esq.
> AmandaS@PotterHandy.com
>
> Potter Handy, LLP
> 8033 Linda Vista Rd, Suite 200
> San Diego, CA 92111
> 858-375-7385 | 888-422-5191 (fax)
>
> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. **Tax Opinion Disclaimer**: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.
>
> **From:** Monica Molina <mrmolina@sbcglobal.net>
> **Sent:** Thursday, September 24, 2020 2:15 PM
> **To:** Amanda Seabock <amandas@potterhandy.com>
> **Cc:** Leonardo Pahuriray <leonardop@potterhandy.com>; langervstadiumwinebeerminimarketandlamwaybz6733617@projects.filevine.com
> **Subject:** Re: Chris Langer v. Esperanza Molina, et al. (USDC Central California 2:20-cv-04988-JFW (ASx)
>
> Ms. Seabock,
>
> I called your office at 2:00 pm for the scheduled meet and confer we had agreed on. I was told that "no one was available right now" and "that someone would get back to me." I expressed to Ruby that I did not know what that meant and that I may not be available whenever "someone decided to call me back." Needless to say, this conduct is once again in bad faith.
>
> I will move the Court accordingly after making numerous attempts to meet and confer with you to no avail.
>
> Monica Molina

On Sep 18, 2020, at 1:43 PM, Amanda Seabock <amandas@potterhandy.com> wrote:

Let's do the 24th at 2pm. Will you initiate the call?

Amanda

Amanda Seabock, Esq.
AmandaS@PotterHandy.com

Potter Handy, LLP
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
858-375-7385 | 888-422-5191 (fax)

<image005.png>

**The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.**

<image002.gif>   <image003.gif>   <image004.gif>

---

**From:** Monica Molina <mrmolina@sbcglobal.net>
**Sent:** Friday, September 18, 2020 9:38 AM
**To:** Amanda Seabock <amandas@potterhandy.com>
**Subject:** Re: Chris Langer v. Esperanza Molina, et al. (USDC Central California 2:20-cv-04988-JFW (ASx)

Based on your response below, we will need to meet and confer. My availability is as follows:

Monday, September 21, 2020 at 3:00 p.m.

Wednesday, September 23, 2020 at 10:00 a.m.

Thursday, September 24, 2020 at 2:00 p.m.

Regards,

Monica R. Molina
LAW OFFICES OF MONICA R. MOLINA
30700 Russell Ranch Road, Suite 250
Westlake Village, CA 91362
T (747) 220-6655
F (747) 220-6601

This transmission is intended to be delivered only to the named addressee(s) and may contain information which is confidential, proprietary, attorney work-product or attorney-client privileged. If this transmission is received by anyone other than the intended recipient(s), the recipient(s) should immediately notify the sender by reply and then delete the transmission. In no event shall this transmission be read, used, copied, reproduced, stored or retained by anyone other than the intended recipient(s) except with the express written consent.

On Sep 18, 2020, at 9:00 AM, Amanda Seabock <amandas@potterhandy.com> wrote:

I'm not agreeing to sanctions. You could have handled this weeks ago and instead chose to go into motion practice. That's on you.

Amanda Seabock, Esq.
AmandaS@PotterHandy.com

Potter Handy, LLP        <image005.png>
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
858-375-7385 | 888-422-5191 (fax)

**The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.**

<image002.gif>   <image003.gif>   <image004.gif>

---

**From:** Monica Molina <mrmolina@sbcglobal.net>
**Sent:** Friday, September 18, 2020 8:25 AM
**To:** Amanda Seabock <amandas@potterhandy.com>
**Subject:** Re: Chris Langer v. Esperanza Molina, et al. (USDC Central California 2:20-cv-04988-JFW (ASx)

Ms. Seabock,

Not only did I request that you prepare the stipulation to set aside the wrongfully taken default but I gave you plenty of time to do that. (Refer to email sent to you on 8/26/20). You never responded to that email and you never prepared the stipulation.

The fact that you now insist that I prepare the stipulation is preposterous especially in light of the fact that you wrongfully requested the default to begin with. Additionally, I advised you of same when it first happened and I asked you to withdraw the request immediately. You allowed for the default to be entered by the Court in spite of my demand.

In order to avoid another motion and prevent further tomfoolery on your end, I will prepare the stipulation to set aside the wrongful request for default and subsequent entry. However, I will include a clause requiring plaintiff's counsel to pay sanctions as a result of the wrongfully requested default.

If after receiving the stipulation, you are unwilling to execute the stipulation and rectify the situation, we will have to meet and confer. You will receive the proposed stipulation by the end of the day.

Regards,

Monica R. Molina
LAW OFFICES OF MONICA R. MOLINA
30700 Russell Ranch Road, Suite 250
Westlake Village, CA 91362
T (747) 220-6655
F (747) 220-6601

This transmission is intended to be delivered only to the named addressee(s) and may contain information which is confidential, proprietary, attorney work-product or attorney-client privileged. If this transmission is received by anyone other than the intended recipient(s), the recipient(s) should immediately notify the sender by reply and then delete the transmission. In no event shall this transmission be read, used, copied, reproduced, stored or retained by anyone other than the intended recipient(s) except with the express written consent.

On Sep 18, 2020, at 8:02 AM, Amanda Seabock <amandas@potterhandy.com> wrote:

Monica,

I never heard back from you on this. Are you going to send over a stip or set up a meet and confer?

**Amanda Seabock, Esq.**
AmandaS@PotterHandy.com

Potter Handy, LLP         <image006.png>
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
858-375-7385 | 888-422-5191 (fax)

**The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.**

<image002.gif>  <image003.gif>  <image004.gif>

**From:** Amanda Seabock
**Sent:** Friday, September 11, 2020 5:29 PM
**To:** Monica Molina <mrmolina@sbcglobal.net>
**Cc:** langervstadiumwinebeerminimarketandlamwaybz6733617@projects.filevine.com
**Subject:** RE: Chris Langer v. Esperanza Molina, et al. (USDC Central California 2:20-cv-04988-JFW (ASx)

Monica,

I thought you'd already filed this? I offered to set the default aside. Are you really so set on a motion that you won't just send over a stipulation? If you would provide a stip I'd happily review and sign.

Amanda

**Amanda Seabock, Esq.**
AmandaS@PotterHandy.com

Potter Handy, LLP         <image005.png>
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
858-375-7385 | 888-422-5191 (fax)

**The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.**

<image002.gif>  <image003.gif>  <image004.gif>

**From:** Monica Molina <mrmolina@sbcglobal.net>
**Sent:** Friday, September 11, 2020 5:05 PM
**To:** Amanda Seabock <amandas@potterhandy.com>
**Subject:** Chris Langer v. Esperanza Molina, et al. (USDC Central California 2:20-cv-04988-JFW (ASx)

Ms Seabock,

A Local Rule 7-3 conference is required prior to the filing of a Motion to Set Aside Default. As such, please provide me your availability for that purpose. I am available on September 15, 2020, between 1-4; September 17, 2020, between 3-5; and September 18, 2020, between 9-12. Please advise as to which date and time works best for you as soon as possible as the set aside of the wrongful request and entry of default against my client is long overdue.

Regards,

Monica R. Molina
LAW OFFICES OF MONICA R. MOLINA
30700 Russell Ranch Road, Suite 250
Westlake Village, CA 91362
T (747) 220-6655
F (747) 220-6601

This transmission is intended to be delivered only to the named addressee(s) and may contain information which is confidential, proprietary, attorney work-product or attorney-client privileged. If this transmission is received by anyone other than the intended recipient(s), the recipient(s) should immediately notify the sender by reply and then delete the transmission. In no event shall this transmission be read, used, copied, reproduced, stored or retained by anyone other than the intended recipient(s) except with the express written consent.