```
MONICA R. MOLINA, ESQ. (SBN 217385)
LAW OFFICES OF MONICA R. MOLINA
30700 Russell Ranch Road, Suite 250
Westlake Village, California
Tel:    (747) 220-6655
Fax:    (747) 220-6601
E-mail: MRMolina@sbcglobal.net
```

Attorneys for Defendant, ESPERANZA MOLINA

# UNITED STATES DISTRICT COURT,

## CENTRAL CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Esperanza Molina, in individual and representative capacity as trustee of the Esperanza Molina Revocable Trust-1995 executed September 16, 1995; Urbano Fernandez; Araceli Zuniga Hernandez; and Does 1-10,<br><br>　　　　　　Defendants. | **Case No. 2:20-cv-04988-JFW-AS**<br><br>**STIPULATION TO SET ASIDE DEFAULT; ORDER**<br><br>Complaint filed: June 5, 2020 |

It is hereby stipulated by and between Defendant, Esperanza Molina ("Defendant"), through her attorney of record, and Chris Langer ("Plaintiff"), through his attorney of record, that the Clerk's Default against Defendant (Dkt. 26) be and is hereby set aside so that the matter may proceed on its merits, and that a response on behalf of Defendant shall be filed within (10) days of the entry of the order setting aside the default.

**IT IS SO STIPULATED.**

(continued on next page)

**STIPULATION TO SET ASIDE DEFAULT; ORDER**

| | | |
|---|---|---|
| 1 | DATED: September 25, 2020 | LAW OFFICES OF MONICA R. MOLINA |
| 2 | | By: *Monica R. Molina* |
| 3 | | Monica R. Molina, Esq., Attorneys for Defendant Esperanza Molina |
| 4 | | |
| 5 | | |
| 6 | DATED: September 25, 2020 | CENTER FOR DISABILITY ACCESS |
| 7 | | By:_____ |
| 8 | | Amanda Seabock, Esq., Attorneys for Plaintiff Chris Langer |

28  (continued on next page)

- 2 –
**STIPULATION TO SET ASIDE DEFAULT; ORDER**

## ORDER

Pursuant to the parties' above-stipulation to set aside the default entered by the Clerk of the Court on August 11, 2020, against Defendant ("Defendant") (Dkt. 26), the Court hereby ORDERS that the Clerk's entry of default be set aside.

The Court FURTHER ORDERS, based on the parties' stipulation, that Defendant shall file a response to the complaint within 10 days of the date of this Order.

IT IS SO ORDERED.

DATED: _____

Honorable John F. Walter
United States District Court Judge

**STIPULATION TO SET ASIDE DEFAULT; ORDER**