## Re: Langer v. Molina (1380 Sunset Blvd)

| | |
|---|---|
| From: | Monica Molina (mrmolina@sbcglobal.net) |
| To: | amandas@potterhandy.com |
| Date: | Wednesday, October 7, 2020, 1:18 PM PDT |

Ms. Seabock,

Note that I was the one that copied you on the email below as you were not copied by your staff to begin with. Furthermore, my tone is proper and your recurring bad faith conduct in this case is not.

Regards,

Monica R. Molina
LAW OFFICES OF MONICA R. MOLINA
30700 Russell Ranch Road, Suite 250
Westlake Village, CA 91362
T (747) 220-6655
F (747) 220-6601


> On Oct 7, 2020, at 1:06 PM, Amanda Seabock <amandas@potterhandy.com> wrote:
>
> Monica,
>
> I'll look into this. But please bring any issue directly to me and consider your tone with staff just doing their job.
>
> ---
>
> Amanda Seabock, Esq.
> AmandaS@PotterHandy.com
>
> <image005.png>
>
> Potter Handy, LLP
> 8033 Linda Vista Rd, Suite 200
> San Diego, CA 92111
> 858-375-7385 | 888-422-5191 (fax)
>
> **The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.**
>
> <image002.gif>  <image003.gif>  <image004.gif>

**From:** Monica Molina <mrmolina@sbcglobal.net>
**Sent:** Wednesday, October 7, 2020 12:57 PM
**To:** Tanpreet Pannu <tanpreetp@potterhandy.com>
**Cc:** LangervStadiumWineBeerMiniMarketANDLamWayBZ6733617@projects.filevine.com; Amanda Seabock <amandas@potterhandy.com>
**Subject:** Re: Langer v. Molina (1380 Sunset Blvd)

Check your files thoroughly as these unnecessary mistakes and bad faith errors continue to occur. Also, speak to the assigned attorney regarding what is actually happening in the above-referenced case and review the court's 9/29/20 order.

Regards,

Monica R. Molina
LAW OFFICES OF MONICA R. MOLINA
30700 Russell Ranch Road, Suite 250
Westlake Village, CA 91362
T (747) 220-6655
F (747) 220-6601

> On Oct 7, 2020, at 8:58 AM, Tanpreet Pannu <tanpreetp@potterhandy.com> wrote:
>
> Dear Counsel,

This is a courtesy reminder that answer to the complaint Esperanza Molina was due on 10/8/2020. Please file a formal answer to the complaint at this time.

If an answer is not timely filed, we will proceed to file a Request for Entry of Default, to avoid an Order to show cause re lack of prosecution.

If you have any questions in the meantime, please feel free to contact our office.

Thank You.

Tanpreet Pannu, Assistant
TanpreetP@PotterHandy.com

Potter Handy, LLP      <image001.png>
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
858-375-7385 | 888-422-5191 (fax)

**The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.**

<image002.gif> <image003.gif> <image004.gif>