## Chris Langer v. Esperanza Molina, et al. (USDC Case No. 2:20-CV-04988-JFW-AS)

From:   Monica Molina (mrmolina@sbcglobal.net)

To:     amandas@potterhandy.com

Date:   Friday, October 9, 2020, 7:35 AM PDT

Dear Ms. Seabock,

Per our stipulation and the Court's order which was entered on 9/29/20, my client has ten (days) from the entry of the order to file a responsive pleading. Therefore, today my client will be filing her Motion to Dismiss pursuant FRCP 12(b)(1) and 12(b)(6). Since I met and conferred with Mr. Ballister concerning this motion prior to your wrongful request for entry of default, should I send the [proposed] Joint Statement regarding the meet and confer to you or to Mr. Ballister? Please advise.

Regards,

Monica R. Molina
LAW OFFICES OF MONICA R. MOLINA
30700 Russell Ranch Road, Suite 250
Westlake Village, CA 91362
T (747) 220-6655
F (747) 220-6601

This transmission is intended to be delivered only to the named addressee(s) and may contain information which is confidential, proprietary, attorney work-product or attorney-client privileged. If this transmission is received by anyone other than the intended recipient(s), the recipient(s) should immediately notify the sender by reply and then delete the transmission. In no event shall this transmission be read, used, copied, reproduced, stored or retained by anyone other than the intended recipient(s) except with their express written consent.